

1 | McGREGOR W. SCOTT
United States Attorney
2 | ELLEN V. ENDRIZZI
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone (916) 554-2716

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH OF<br>4879 EAST CARMEN AVENUE<br>FRESNO, CALIFORNIA | ) No. 2:07-sw-00165 GGH<br>)<br>) **APPLICATION TO UNSEAL SEARCH WARRANT**<br>) **AND [proposed] ORDER**<br>)<br>)<br>) |

On June 1, 2007, this Court issued the above-captioned search warrant and sealed it until further order of the Court. Recently, the defendant was indicted by a federal grand jury, case number 2:07-cr-00266 FCD. The United States now respectfully requests that the above-captioned file be unsealed so that its contents may be revealed in discovery.

Dated: June 19, 2007

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

O R D E R

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the United States' Application to Unseal Search Warrant, filed in case number 2:07-sw-00165 GGH, is GRANTED.

DATED: June 20, 2007

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge